FILED

05/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0093

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0093

_____

IN THE MATTER OF:

M.J.W.,                                                          O R D E R

      A Youth in Need of Care.

_____

Counsel for Appellant has filed a motion for an extension of time within which to file the opening brief. Good cause appearing,

IT IS HEREBY ORDERED that motion is GRANTED. Appellants' opening brief shall be filed on or before June 25, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 3 2021